UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard Gerbino., Esq. (ID #057351993)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
716 Newman Springs Road, Suite 372
Lincroft, NJ 07738
(551) 280-9780
Attorneys for Creditor, Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc.

In Re:

    JASON C. PESCH,

        Debtor.

Case No.:       19-24544-JKS

Chapter:           13

Hearing Date:   10/28/2021

Judge:         John K. Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Automatic Stay

_____

Date: 10/25/2021

/s/ Richard Gerbino
Signature

*rev.8/1/15*