UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard Gerbino., Esq. (ID #057351993)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
716 Newman Springs Road, Suite 372
Lincroft, NJ 07738
(551) 280-9780
Attorneys for Creditor, Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc.

In Re:

JASON C. PESCH,

Debtor.

Case No.: __19-24544-JKS__

Chapter: __13__

Hearing Date: __10/28/2021__

Judge: __John K. Sherwood__

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order __Resolving Motion for Relief from Stay__ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: __10/25/2021__        /s/ Richard Gerbino
                                         Signature of Attorney

*rev.8/1/15*