| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Richard Gerbino., Esq. (ID #057351993)<br>SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP<br>A LLP Formed in the State of New York#<br>716 Newman Springs Road, Suite 372<br>Lincroft, NJ 07738<br>(551) 280-9780<br>Attorneys for Creditor, Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc. | Order Filed on November 15, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    JASON C. PESCH,<br><br>                Debtor. | Case No.: 19-24544-JKS<br><br>Judge.: John K. Sherwood<br><br>Chapter: 13 |

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

**AND CO DEBTOR STAY**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby ORDERED.

**DATED: November 15, 2021**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

WHEREAS, Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc. (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1) and 1301(c), authorizing relief from automatic stay and co-debtor stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1.    That the debtor shall pay the post-petition default of $5,081.44, while continuing regular monthly payments, by making a series of payments to the creditor as follows:

>(1) Debtor shall make one payment in the amount of $958.58 to the creditor no later than October 21, 2021;
>(2) Debtor shall make one payment in the amount of $958.58 to the creditor no later than November 21, 2021;
>(3) Debtor shall make one payment in the amount of $958.58 to the creditor no later than December 21, 2021;
>(4) Debtor shall make one payment in the amount of $958.58 to the creditor no later than January 21, 2022;
>(5) Debtor shall make one payment in the amount of $958.58 to the creditor no later than February 21, 2022;
>(6) Debtor shall make one payment in the amount of $958.58 to the creditor no later than March 21, 2022;
>(7) Debtor shall make one payment in the amount of $958.58 to the creditor no later than April 21, 2022;
>(8) Debtor shall make one payment in the amount of $958.58 to the creditor no later than May 21, 2022;
>(9) Debtor shall make one payment in the amount of $958.58 to the creditor no later than June 21, 2022;

    (10) Debtor shall make one payment in the amount of $958.58 to the creditor no later than July 21, 2022;

    (11) Debtor shall make one payment in the amount of $958.58 to the creditor no later than August 21, 2022;

    (12) Debtor shall make one payment in the amount of $958.58 to the creditor no later than September 21, 2022;

  2.  That the debtor shall recommence regular monthly payments in the amount of $535.12 each on October 21, 2022.

  3.  In the event debtor fails to make any payment called for in this Consent Order within thirty (30) days of the due date, Creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay and Co Debtor Stay to the Court and serve a copy of such certification of default upon the debtor and counsel for debtor.  Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay and co debtor stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

  4.  That this order shall survive any conversion of this bankruptcy case.

      5.      The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay and co debtor stay.

| | |
|---|---|
| */s/ Richard Gerbino* | */s/ Russell L. Low* |
| Richard Gerbino, Esq. | Russell L. Low, Esq. |
| Attorney for Creditor | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | Low & Low |
| 716 Newman Springs Road, Suite 372 | 505 Main Street, Suite 304 |
| Lincroft, New Jersey 07738 | Hackensack, NJ 07601 |
| Dated: October 26, 2021 | Dated: October 20, 2021 |

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 19-24544-JKS
Jason C. Pesch   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Nov 17, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

**Recip ID**      **Recipient Name and Address**
db      + Jason C. Pesch, 82 Gordon Avenue, Dumont, NJ 07628-1515

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor Lakeview Loan Servicing  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald
     on behalf of Creditor Lakeview Loan Servicing  LLC. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Richard Gerbino
     on behalf of Creditor Peritus Portfolio Services as servicer for Wollemi Acquisitions  LLC, successor to Santander Consumer USA, Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Russell L. Low
     on behalf of Debtor Jason C. Pesch ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6