RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  JASON C. PESCH                                     Atty:  RUSSELL L LOW ESQ
     82 GORDON AVENUE                                          LOW & LOW ESQS
     DUMONT,  NJ  07628                                        505 MAIN STREET, SUITE 304
                                                               HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
### Chapter 13 Case # 19-24544

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,439.89**

## RECEIPTS AS OF 01/14/2022                                       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/30/2019 | $150.00 | | 10/07/2019 | $150.00 | |
| 10/28/2019 | $150.00 | | 11/12/2019 | $150.00 | |
| 12/30/2019 | $150.00 | | 01/28/2020 | $150.00 | |
| 03/06/2020 | $150.00 | | 03/20/2020 | $150.00 | |
| 06/08/2020 | $300.00 | | 06/17/2020 | $150.00 | |
| 07/29/2020 | $150.00 | | 08/10/2020 | $150.00 | |
| 09/25/2020 | $150.00 | | 10/29/2020 | $150.00 | |
| 11/16/2020 | $150.00 | | 12/28/2020 | $150.00 | |
| 01/29/2021 | $150.00 | | 02/12/2021 | $150.00 | |
| 03/12/2021 | $150.00 | | 05/10/2021 | $150.00 | |
| 05/14/2021 | $150.00 | | 07/30/2021 | $300.00 | |
| 08/13/2021 | $150.00 | | 09/14/2021 | $150.00 | |
| 11/19/2021 | $300.00 | | 12/27/2021 | $166.33 | |
| 01/14/2022 | $166.33 | | | | |

**Total Receipts: $4,532.66  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,532.66**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022       (Please Read Across)

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 277.49 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,150.00 | 100.00% | 4,097.16 | 52.84 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 15,556.66 | * | 0.00 | |

**Chapter 13 Case # 19-24544**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0002 | AFFIRM INC | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,935.11 | * | 0.00 | |
| 0004 | JPMORGAN CHASE BANK NA | UNSECURED | 1,915.19 | * | 0.00 | |
| 0005 | CITI/SEARS | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CITIBANK/RADIOSHACK | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 6,064.46 | * | 0.00 | |
| 0008 | COMENITY BANK/OVERSTOCK | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CORPORATE AMERICA FAMILY CREDIT U | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | DELL FINANCIAL SERVICES LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | FINANCIAL RESOURCES FC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,861.98 | * | 0.00 | |
| 0013 | FCC FINANCE LLC | UNSECURED | 6,429.46 | * | 0.00 | |
| 0014 | GENESIS FINANCIAL/JARED | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | HOMEBRIDGE FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | KEYBANK/USB CC | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | PARAGON FED CREDIT UNI | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | US BANK NATIONAL ASSOCIATION | UNSECURED | 3,509.75 | * | 0.00 | |
| 0019 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | VISIONS FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | FLAGSTAR BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0028 | WF/FLOORIN | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | PARAGON FED CREDIT UNI | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | PERITUS PORTFOLIO SERVICES II LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0033 | SYNCHRONY BANK | UNSECURED | 8,077.17 | * | 0.00 | |
| 0034 | PERITUS PORTFOLIO SERVICES II LLC | (NEW) Auto Agreec | 531.00 | 100.00% | 0.00 | |

**Total Paid: $4,374.65**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $4,532.66     -     Paid to Claims: $0.00     -     Admin Costs Paid: $4,374.65     =     Funds on Hand: $158.01

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.