UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Schiller, Knapp, Lefkowitz & Hertzel, LLP
716 Newman Springs Road Suite 372
Lincroft, NJ 07738
(551) 280-9780
Richard A. Gerbino, Esq. (ID # 057351993)
Attorneys for Peritus Portfolio Services as a servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc.

In Re:

JASON C PESCH,

Debtor.

Case No.:        19-24544-JKS

Chapter:              13

Hearing Date:    2/10/2022

Judge:        John K. Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Creditor's Certificate of Default filed as Document Number 44.

_____

Date: 2/3/2022

/s/ Richard Gerbino
Signature

*rev.8/1/15*