UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
Schiller, Knapp, Lefkowitz & Hertzel, LLP
716 Newman Springs Road Suite 372
Lincroft, NJ 07738
(551) 280-9780
Richard A. Gerbino, Esq. (ID # 057351993)
Attorneys for Peritus Portfolio Services as a servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc.

**Order Filed on February 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JASON C PESCH,

Debtor.

Case No.: 19-24544-JKS
Judge: Hon. John K. Sherwood
Hearing Date(s):
Chapter: 13

## CONSENT ORDER RESOLVING
## CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) and three (3) is **ORDERED**.

**DATED: February 10, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Jason C. Pesch
Case No.: 19-24544-JKS
Caption of Order: Consent Order Resolving Creditor's Certification of Default

For good cause shown, it is ORDERED that Creditor's Certificate of Default is resolved, subject to the following conditions:

1. The debtor shall pay to creditor post-petition arrears owed to Creditor in the amount of $1,917.16 through the debtor's Chapter 13 Plan.

2. The debtor shall file a Motion to Modify the confirmed Chapter 13 Plan to include treatment set forth in Paragraph "1" hereinabove and the Order entered to resolve debtor's Motion to Modify shall reflect such treatment.

3. The debtor shall recommence making direct post-petition payments of principal and interest owed to Creditor in equal monthly payments of $535.12 on February 21, 2022 pursuant to the terms of the underlying Note and Mortgage.

4. In the event debtor fails to make any payment called for in this Consent Order within thirty (30) days of the due date, Creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay and Co Debtor Stay to the Court and serve a copy of such certification of default upon the debtor and counsel for debtor. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay and co debtor stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

5. That this order shall survive any conversion of this bankruptcy case.

6.  The debtor shall reimburse the Creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 for filing and negotiating resolution of its Certification of Default.

_____
Richard Gerbino, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
716 Newman Springs Road, Suite 372
Lincroft, New Jersey 07738

Dated: 2/2, 2022

_____
Russell L. Low, Esq.
Attorney for Debtor
Low & Low
505 Main Street, Suite 304
Hackensack, New Jersey 07601

Dated: 2/2, 2022

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24544-JKS |
| Jason C. Pesch | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason C. Pesch, 82 Gordon Avenue, Dumont, NJ 07628-1515 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022           Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Lakeview Loan Servicing LLC. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Richard Gerbino | on behalf of Creditor Peritus Portfolio Services as servicer for Wollemi Acquisitions LLC, successor to Santander Consumer USA, Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Russell L. Low | on behalf of Debtor Jason C. Pesch ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | |

District/off: 0312-2     User: admin     Page 2 of 2

Date Rcvd: Feb 14, 2022     Form ID: pdf903     Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6