Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24544−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jason C. Pesch
  82 Gordon Avenue
  Dumont, NJ 07628

Social Security No.:
  xxx−xx−9069

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 2, 2019.

On 02/28/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:             April 14, 2022
Time:             08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 1, 2022
JAN: sjp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jason C. Pesch  
    Debtor

Case No. 19-24544-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Mar 01, 2022      Form ID: 185      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason C. Pesch, 82 Gordon Avenue, Dumont, NJ 07628-1515 |
| 518467718 | + | Affinity Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518373613 | + | FINANCIAL RESOURCES FC, 520 ROUTE 22 EAST, BRIDGEWATER, NJ 08807-2489 |
| 518373615 | + | FSTCONCRD, 17000 DALLAS PARKWAY, DALLAS, TX 75248-1938 |
| 518373618 | + | KEYBANK/USB CC, ATTN: BANKRUPTCY DEPARTMENT, 4910 TIEDEMAN ROAD, BROOKLYN, OH 44144-2338 |
| 518496380 | + | Lakeview Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 518373619 | + | PARAGON FED CREDIT UNI, 100 PARAGON DR, MONTVALE, NJ 07645-1780 |
| 518373622 | + | STERLING JEWELERS, INC., ATTN: BANKRUPTCY, PO BOX 1799, AKRON, OH 44309-1799 |
| 518373630 | + | WF/FLOORIN, MAC F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 518373629 | + | Wells Fargo Auto, PO BOX 17900, Denver, CO 80217-0900 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518373603 | + | Email/Text: bankruptcycare@affinityfcu.com | Mar 01 2022 20:31:00 | AFFINITY FEDERAL CREDIT UNION, ATTN: BANKRUPTCY, 73 MOUNTAINVIEW BOULEVARD, BASKING RIDGE, NJ 07920-2332 |
| 518373604 | + | Email/Text: backoffice@affirm.com | Mar 01 2022 20:32:00 | AFFIRM INC, AFFIRM INCORPORATED, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 518373605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 20:44:32 | BEST BUY/CBNA, 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE, IL 60007-1032 |
| 518373607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 20:44:32 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518373608 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 20:44:32 | CITIBANK/RADIOSHACK, CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518373609 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 20:44:37 | CITIBANK/THE HOME DEPOT, ATTN: RECOVERY/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518373610 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2022 20:31:00 | COMENITY BANK/OVERSTOCK, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 518373611 | + | Email/Text: solutions@cafcu.org | Mar 01 2022 20:31:00 | CORPORATE AMERICA FAMILY CREDIT UNION, ATTN: BANKRUPTCY, 2075 BIG TIMBER ROAD, ELGIN, IL 60123-1140 |
| 518373612 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 01 2022 20:33:43 | DELL FINANCIAL SERVICES LLC, ATTN: |

Case 19-24544-JKS    Doc 56    Filed 03/03/22    Entered 03/04/22 00:15:05    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 01, 2022 | Form ID: 185 | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | PRESIDENT/CEO, PO BOX 81577, AUSTIN, TX 78708 |
| 518373626 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 20:44:32 | VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 518398941 | + | Email/Text: csr@fccfinance.com | Mar 01 2022 20:31:00 | FCC Finance, LLC a/k/a FSTCONCRD as svcr for, WF HIL 2017-2 Grantor Trust, P.O. Box 795489, Dallas, TX 75379-5489 |
| 518373614 | | Email/Text: EBNBKNOT@ford.com | Mar 01 2022 20:31:00 | FORD MOTOR CREDIT, NATIONAL BANKRUPTCY SERVICE CCENTER, PO BOX 62180, COLORADO SPRINGS, CO 80962 |
| 518373616 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 01 2022 20:32:00 | GENESIS FINANCIAL/JARED, GENESIS FS CARD SERVICES, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 518373617 | + | Email/Text: Bankruptcy@homebridge.com | Mar 01 2022 20:32:00 | HOMEBRIDGE FINANCIAL SERVICES, ATTN: BANKRUPTCY, 194 WOOD AVENUE SOUTH, NINTH FLOOR, ISELIN, NJ 08830-2710 |
| 518373606 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 01 2022 20:33:46 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518415606 | + | Email/Text: RASEBN@raslg.com | Mar 01 2022 20:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518386740 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2022 20:44:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519019437 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 01 2022 20:31:00 | Lakeview Loan Servicing, LLC, C/O FLAGSTAR BANK, 5151 Corporate Drive, Troy, MI 48098-2639, Lakeview Loan Servicing, LLC, C/O FLAGSTAR BANK 48098-2639 |
| 519019436 | | Email/Text: cashiering-administrationservices@flagstar.com | Mar 01 2022 20:31:00 | Lakeview Loan Servicing, LLC, C/O FLAGSTAR BANK, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519261770 | | Email/Text: peritus@ebn.phinsolutions.com | Mar 01 2022 20:32:00 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac, PO BOX 141419, Irving, Tx 75014-1419 |
| 519261771 | | Email/Text: peritus@ebn.phinsolutions.com | Mar 01 2022 20:32:00 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac, PO BOX 141419, Irving, Tx 75014-1419, PERITUS PORTFOLIO SERVICES II, LLC, LLC/, PO BOX 141419, Irving, Tx 75014-1419 |
| 518493079 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2022 20:33:35 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518493096 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2022 20:44:24 | Portfolio Recovery Associates, LLC, c/o Ford, POB 41067, Norfolk VA 23541 |
| 518373621 | + | Email/Text: collections1@primewayfcu.com | Mar 01 2022 20:32:00 | PRIMEWAY FCU, ATTN: BANKRUPTCY, PO BOX 53088, HOUSTON, TX 77052-3088 |
| 518398062 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 01 2022 20:31:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518373623 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 20:33:32 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518373624 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 20:33:48 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518373625 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 20:33:32 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY DEPT, PO BOX 965060, |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | ORLANDO, FL 32896-5060 |
| 518495010 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 20:33:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518374371 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 20:33:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518410544 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 01 2022 20:31:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518373627 | | Email/Text: membersolutions@visionsfcu.org | Mar 01 2022 20:31:00 | VISIONS FCU, ATTN: BANKRUPTCY, 24 MCKINLEY AVE., ENDICOTT, NY 13760 |
| 518373628 | | Email/Text: collections@wefloridafinancial.com | Mar 01 2022 20:31:00 | WE FLORIDA FINANCIAL, ATTN: BANKRUPTCY, PO BOX 14548, FORT LAUDERDALE, FL 33302 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518373620 | *+ | PARAGON FED CREDIT UNI, 100 PARAGON DR, MONTVALE, NJ 07645-1780 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022            Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Lakeview Loan Servicing LLC. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Richard Gerbino | on behalf of Creditor Peritus Portfolio Services as servicer for Wollemi Acquisitions LLC, successor to Santander Consumer USA, Inc. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Russell L. Low | on behalf of Debtor Jason C. Pesch ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 01, 2022 | Form ID: 185 | Total Noticed: 45

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6