Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24544−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason C. Pesch
   82 Gordon Avenue
   Dumont, NJ 07628

Social Security No.:
   xxx−xx−9069

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/23/23 at 10:00 AM

to consider and act upon the following:

*79* – Creditor's Certification of Default (related document:51 Order (Generic)) filed by Richard Gerbino on behalf of Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc.. Objection deadline is 02/28/2023. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Gerbino, Richard)

*80* – Certification in Opposition to (related document:79 Creditor's Certification of Default (related document:51 Order (Generic)) filed by Richard Gerbino on behalf of Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc.. Objection deadline is 02/28/2023. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc.) filed by Russell L. Low on behalf of Jason C. Pesch. (Low, Russell)

Dated: 2/28/23

                                                                                    Jeanne Naughton
                                                                                    Clerk, U.S. Bankruptcy Court