Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24544−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jason C. Pesch
    82 Gordon Avenue
    Dumont, NJ 07628

Social Security No.:
    xxx−xx−9069

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/23/23 at 10:00 AM

to consider and act upon the following:

*79* − Creditor's Certification of Default (related document:51 Order (Generic)) filed by Richard Gerbino on behalf of Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc.. Objection deadline is 02/28/2023. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Gerbino, Richard)

*80* − Certification in Opposition to (related document:79 Creditor's Certification of Default (related document:51 Order (Generic)) filed by Richard Gerbino on behalf of Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc.. Objection deadline is 02/28/2023. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc.) filed by Russell L. Low on behalf of Jason C. Pesch. (Low, Russell)

Dated: 2/28/23

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24544-JKS |
| Jason C. Pesch | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

**Recip ID     Recipient Name and Address**
db          + Jason C. Pesch, 82 Gordon Avenue, Dumont, NJ 07628-1515

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

**Name**                        **Email Address**

Denise E. Carlon
                                on behalf of Creditor Lakeview Loan Servicing  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald
                                on behalf of Creditor Lakeview Loan Servicing  LLC. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                                magecf@magtrustee.com

Rebecca K. McDowell
                                on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

Richard Gerbino
                                on behalf of Creditor Peritus Portfolio Services as servicer for Wollemi Acquisitions  LLC, successor to Santander Consumer USA, Inc. rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

Russell L. Low

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 28, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

on behalf of Debtor Jason C. Pesch ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7