**Order Filed on August 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-24544 |
|---|---|---|
| Jason C. Pesch, | Chapter: | 13 |
| Debtor. | Hearing Dates: | July 27, 2023 |
| | Judge: | John K. Sherwood |

## ORDER DENYING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 2, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Jason C. Pesch
Case No.: 19-24544
Caption of Order: ORDER DENYING CREDITOR'S CERTIFICATION OF DEFAULT

---

**UPON** consideration of the Creditor's Certification of Default filed by Richard Gerbino, Esq., on behalf of Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc., ("Creditor")  [ECF  No. 79 ], as well as the opposition to and other documents related to the Certification of Default [ECF No. 80];

**AND** the Court having considered the arguments made by or on behalf of the Debtor at the hearing on July 27, 2023;

**AND** for the reasons set forth on the record, it is hereby **ORDERED** that the Certification of Default is **Denied Without Prejudice**.