Order Filed on August 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-24544 |
| Jason C. Pesch, | Chapter: 13 |
| Debtor. | Hearing Dates: July 27, 2023 |
| | Judge: John K. Sherwood |

### ORDER DENYING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 2, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Jason C. Pesch
Case No.: 19-24544
Caption of Order: ORDER DENYING CREDITOR'S CERTIFICATION OF DEFAULT

---

**UPON** consideration of the Creditor's Certification of Default filed by Richard Gerbino, Esq., on behalf of Peritus Portfolio Services as servicer for Wollemi Acquisitions, LLC, successor to Santander Consumer USA, Inc., ("Creditor") [ECF No. 79 ], as well as the opposition to and other documents related to the Certification of Default [ECF No. 80];

**AND** the Court having considered the arguments made by or on behalf of the Debtor at the hearing on July 27, 2023;

**AND** for the reasons set forth on the record, it is hereby **ORDERED** that the Certification of Default is **Denied Without Prejudice**.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24544-JKS |
| Jason C. Pesch | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason C. Pesch, 82 Gordon Avenue, Dumont, NJ 07628-1515 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Lakeview Loan Servicing LLC. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Richard Gerbino | on behalf of Creditor Peritus Portfolio Services as servicer for Wollemi Acquisitions LLC, successor to Santander Consumer USA, Inc. rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Russell L. Low | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 03, 2023 | Form ID: pdf903 | Total Noticed: 1

on behalf of Debtor Jason C. Pesch ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7