UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    JASON C. PESCH

Order Filed on March 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-24544

Judge:  JOHN K. SHERWOOD

## ORDER ON CH13 TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: March 21, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JASON C. PESCH

Case No.: 19-24544JKS

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of FCC FINANCE LLC, Court Claim Number 3, be reduced to amount paid to date through the plan by the Standing Trustee, for the reasons set forth in the motion.